*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Thomas J. O'Neill* and *Cornelius J. Early* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HAIGHT, MARTIN, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., GRAY and CULLEN, JJ.

---

In the Matter of the Accounting of JOHN A. MERRITT, as
　　Executor of WILLIAM W. WHITMORE, Deceased.
HENRY WHITMORE, Appellant; HERBERT W. WELD et al.,
　　　　　　　　　　Respondents.

*Matter of Merritt,* 86 App. Div. 179, affirmed.
(Submitted November 11, 1903; decided December 1, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, made July
7, 1903, which modified and affirmed as modified a decree of
the Niagara County Surrogate's Court settling the accounts of
John A. Merritt as executor and directing the distribution
of the estate of William W. Whitmore, deceased.

*Washington H. Ransom* for appellant.

*S. Wallace Dempsey* for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER M.
　　LEAZENBEE, Appellant, *v.* JOHN N. PARTRIDGE, as Police
　　Commissioner of the City of New York, Respondent.

*People ex rel. Leazenbee* v. *Partridge,* 83 App. Div. 643, affirmed.
(Argued November 11, 1903; decided December 1, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered May

28, 1903, which affirmed a determination of the defendant dismissing relator from the police force of the city of New York.

*Louis J. Grant* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *John W. Hutchinson, Jr.,* of counsel), for respondent.

Order affirmed, with costs ; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

CHARLES W. ECKERSON, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Eckerson* v. *City of New York,* 80 App. Div. 12, affirmed.
(Argued November 11, 1903; decided December 1, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1903, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

*George F. Langbein* and *William J. Walsh* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *Edward J. McGuire* of counsel), for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

FREDERICK A. LYONS, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Lyons* v. *City of New York,* 82 App. Div. 306, affirmed.
(Argued November 11, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1903, affirming a judgment in favor of defendant entered